IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MAURICE MITCHELL,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CHINOOK, MT;<br>BLAINE COUNTY, MT;<br>DONALD RANSTROM, individually and in his capacity as Blaine County Attorney; OFFICER JON KLOBOFSKI, individually and in his capacity as City of Chinook Police Officer; and UNDERSHERIFF FRANK BILLMAYER, individually and in his capacity as Blaine County Undersheriff,<br><br>Defendants. | CV-15-60-GF-BMM-JTJ<br><br>**ORDER** |

**IT IS ORDERED** that the hearing on any motion for summary judgment that will be filed by the parties scheduled for Wednesday, November 30, 2016 at 10:00 a.m. is **VACATED and RESET** for **Wednesday, December 7, 2016 at 2:00 p.m** at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 8th day of November, 2016.

_____
John Johnston
United States Magistrate Judge